M13

FILED

JUL 27 2010

JUDGE JAMES F. HOLDERMAN
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA *ex rel.* LINDA NICHOLSON, | )<br>)<br>) |
| Plaintiff, | ) No. 10 C 3361<br>) |
| v. | )<br>) Chief Judge Holderman |
| LILIAN SPIGELMAN M.D., HEPHZIBAH CHILDREN'S ASSOCIATION, and SEARS PHARMACY, | )<br>) **FILED UNDER SEAL** |
| Defendants. | ) |

## THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

The United States, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby notifies the court pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), of its decision not to intervene in this action, and states:

1. Although the United States declines to enter its appearance, we refer the court to 31 U.S.C. §3730(b)(1), which allows the relator to maintain the action in the name of the United States, providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."

2. Therefore, if either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this court should solicit the written consent of the United States before ruling or granting its approval.

3. Counsel for the relator has indicated that the relator will go forward with this action upon the United States giving notice of election to decline intervention.

4. Pursuant to 31 U.S.C. §3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

5. The United States also requests that only the complaint, this notice, and the court's order be unsealed and served upon the defendants. All other contents of the court's file in this matter should remain under seal and not be made public or served upon the defendants.

6. A proposed order accompanies this notice.

                        Respectfully submitted,

                        PATRICK J. FITZGERALD
                        United States Attorney

                        By: *Eric S. Pruitt*
                        ERIC S. PRUITT
                        Assistant United States Attorney
                        219 South Dearborn Street
                        Chicago, Illinois 60604
                        (312) 353-5496
                        eric.pruitt@usdoj.gov

Dated: July 26, 2010