Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3361 | **DATE** | 7/27/2010 |
| **CASE TITLE** | USA ex rel Linda Nicholson vs. Lilian Spigelman, M.D. et al | | |

**DOCKET ENTRY TEXT**

ENTER ORDER: It is hereby ordered that the seal be lifted on the complaint, this order, and the government's notice of election to decline intervention which the relator will serve upon the defendants. All other contents of the court's file in this action remain under seal and not to be made public or served upon the defendants.

■ [ For further detail see separate order(s).]    Notified counsel by telephone.



FILED-TD
2010 AUG -4 PM 3: 24
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | AMM |
|---|---|---|