UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA *ex rel.* LINDA NICHOLSON, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 10 C 3361 |
| v. | ) ) ) | Chief Judge Holderman |
| LILIAN SPIGELMAN M.D., HEPHZIBAH CHILDREN'S ASSOCIATION, and SEARS PHARMACY, | ) ) ) ) ) | **FILED UNDER SEAL** |
| Defendants. | ) | |

## ORDER

This matter coming before the court on the United States' Notice of Election to Decline Intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the court being fully informed, it is hereby ORDERED that:

1. the seal be lifted on the complaint, this order, and the government's notice of election to decline intervention which the relator will serve upon the defendants;

2. all other contents of the court's file in this action remain under seal and not be made public or served upon the defendants; and

3. the parties shall serve upon the United States all pleadings and motions filed in this action, including supporting memoranda, as provided for in 31 U.S.C. §3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time. Should the relator or the defendants propose that this action be dismissed, settled, or

otherwise discontinued, the court will solicit the written consent of the United States before ruling or granting its approval.

                                                                                                                          _____
                                                                                                                          James F. Holderman
                                                                                                                          Chief Judge
                                                                                                                          United States District Court

Date: 7/27/10