IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LINDA NICHOLSON, | ) ) ) |
| Plaintiff, | ) ) ) No. 10 C 3361 |
| v. | ) ) The Honorable Gary Feinerman |
| LILIAN SPIGELMAN M.D., HEPHZIBAH CHILDREN'S ASSOCIATION, and SEARS PHARMACY, | ) ) Magistrate Judge Sidney I. Schenkier ) ) |
| Defendants. | ) |

NOTICE OF MOTION

TO: All counsel of record

PLEASE TAKE NOTICE that on Tuesday, October 12, 2010, at 9:00 a.m., the undersigned will appear before the Honorable Gary Feinerman in the courtroom usually occupied by him at the U.S. District Court for the Northern District of Illinois, Eastern Division, and present the attached Renewed Motion of Defendant Hephzibah Children's Association for an Extension of Time to Answer or Otherwise Plead, a copy of which has been previously served upon you.

/s/ George F. Galland, Jr.
George F. Galland, Jr.
One of the Attorneys for Defendant
Hephzibah Children's Association

Miner, Barnhill & Galland, P.C.
14 W. Erie St.
Chicago, IL 60654
(312) 751-1170

CERTIFICATE OF SERVICE

Lisa Mecca Davis certifies that she caused a copy of the foregoing Notice to be served upon all counsel of record, by this Court's electronic-filing system, this fourth day of October, 2010.

/s/ Lisa Mecca Davis
Lisa Mecca Davis