# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Linda Nicholson, et al.
                                         Plaintiff,

v.                                                                            Case No.: 1:10–cv–03361
                                                                            Honorable Gary Feinerman

Lilian Spigelman MD, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 5, 2010:

      MINUTE entry before Honorable Gary Feinerman:Motion hearing set for 10/12/2010 is stricken. Renewed Motion for an Extension of Time to Answer or Otherwise Plead [25] is granted. All Defendants shall have until 11/16/10 to answer or otherwise plead to the complaint. Status hearing set for 11/18/10 at 9:00 a.m. Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.