MHh

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of USA, EX REL LINDA NICHOLSON          Case Number:          10 C 3361

v

LILIAN SPIGELMAN ET AL

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

SEARS PHARMACY, an Illinois corporation

**FILED**
10-15-2010
OCT 15 2010 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>MASARU K TAKIGUCHI | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ MASARU K TAKIGUCHI | |
| FIRM  MASARU K TAKIGUCHI LAW OFFICE | |
| STREET ADDRESS  1415 W 22ND STREET, TOWER FLOOR | |
| CITY/STATE/ZIP  OAK BROOK, IL 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6192072 | TELEPHONE  NUMBER 630 645 3833 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL                    APPOINTED COUNSEL | |